337

(No. 7060

GREER TECHNICAL INSTITUTE, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed June 7, 1973.*

GREER TECHNICAL INSTITUTE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7100

MORRISON-ROONEY ASSOCIATES, LTD., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCE, Respondent.

*Opinion filed June 7, 1973.*

MORRISON-ROONEY ASSOCIATES, LTD., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.